**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

GARY LYNN CONLEY
ADC #163989                                                                                                      PLAINTIFF

v.                                                          4:25-cv-01284-JM

ARKANSAS DIVISION OF CORRECTION; *et al.*                                              DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's motions.   (Docs. 6, 7)   After reviewing the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 2nd day of March 2026.

_____
UNITED STATES DISTRICT JUDGE