## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GARY LYNN CONLEY
ADC #163989                                                                                  PLAINTIFF

v.                                            4:25-cv-01284-JM

ARKANSAS DIVISION OF CORRECTION; *et al.*                           DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 2nd day of March 2026.

_____
UNITED STATES DISTRICT JUDGE

1